UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IDA SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV609(TIA) |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court sua sponte. The Court's prior order [Doc. #5] directed plaintiff to file an amended complaint detailing whether she had exhausted her available administrative remedies no later than July 11, 2007. Plaintiff was warned that her failure to timely respond to the Court's order would result in the dismissal of her complaint. To date, plaintiff has not file an amended complaint as directed or otherwise responded to the Court's order.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's complaint is **DISMISSED,** without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failing to comply with the Court's prior order [Doc. #5].

So Ordered this 10th Day of August, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE